IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KEITH WRIGHT, parent and next friend of**
**ASHONTI WRIGHT, a minor,**

    **Plaintiff,**

v.      No. CIV 13-0174 JCH/LAM

**KENNETH JONES, MARATHON**
**DEVELOPMENT, INC., and PAR**
**TECHNOLOGY CORPORATION,**
**d/b/a PARTECH, INC.,**

    **Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Status Conference re:  Settlement Conference |
| DATE AND TIME OF HEARING: | Thursday, December 3, 2015 at 2:00 p.m.<br>(Trailing Docket – 15 minutes) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor,<br>100 N. Church, Las Cruces, NM, before<br>U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

    Judge Martínez shall be responsible for initiating and coordinating the call.  Please notify her chambers by 11:00 a.m. the day before the hearing if you will be at a telephone number other than the one listed in the Court's file.  The Court's phone line can only accommodate up to six telephone lines, including the Court's.  If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

                                                      _____
                                                      **LOURDES A. MARTÍNEZ**
                                                      **UNITED STATES MAGISTRATE JUDGE**