IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ASHONTI WRIGHT,**

    **Plaintiff,**

v.                                             No. CIV-13-0174 JCH/LAM

**MARATHON DEPLOYMENT, INC and**
**PAR-TECH, INC**

    **Defendants.**

## ORDER TO FILE CLOSING DOCUMENTS AS A RESULT OF SETTLEMENT

    A settlement conference was held in this case on December 11, 2015, and the case settled.

    **WHEREFORE, IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **Tuesday, January 12, 2016,** absent a request for an extension and a showing of good cause.

    **IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**